UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES J. HAYES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>HARMONY GOLD MINING COMPANY LIMITED, BERNARD SWANEPOL, and NOMFUNDO QANGULE,<br><br>Defendants. | Electronically Filed<br><br>No. 1:08-cv-03653-BSJ-MHD<br><br>(ECF Case) |

**CERTIFICATE OF SERVICE**

I, Evan J. Smith, hereby certify that on July 3, 2008, the following document was electronically filed with the Clerk of Court using the CM/ECF system and served on all parties on the below service list via transmission U.S. First Class Mail, postage prepaid.

1. Notice of Non-Opposition to the Motion of James J. Hayes For Appointment As Lead Plaintiff and Approval of Lead Plaintiff's Choice of Counsel

/s Evan J. Smith, Esquire (ES3254)
Evan J. Smith (ES3254)

Legal Department
c/o Harmony Gold Mining Co. Ltd.
PO Box 2
Randfontein
1760
SOUTH AFRICA

Bernard Swanepol
c/o Harmony Gold Mining Co. Ltd.
PO Box 2
Randfontein
1760
SOUTH AFRICA

Nomfundo Qangule
c/o Harmony Gold Mining Co. Ltd.
PO Box 2
Randfontein
1760
SOUTH AFRICA