```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
JAMES J. HAYES, Individually and On         :
Behalf of All Others Similarly              :
Situated,                                   :
                                            :
                        Plaintiff,          :
                                            :   08 Cv. 3653 (BSJ)
             v.                             :   Order
                                            :
HARMONY GOLD MINING COMPANY LTD,            :
                                            :
                        Defendant.          :
------------------------------------------x
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 4/27/10

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

    On March 19, 2010, this Court denied Defendant's Motion to Dismiss the Amended Complaint. On March 24, 2010, Defendant filed a Motion for Reconsideration. For the following reasons, Defendant's Motion for Reconsideration is DENIED.

    In its Motion for Reconsideration, Defendant argues that this Courts decision failed to consider the sufficiency of the complaint under the Private Securities Litigation Reform Act ("PSLRA"). (Def. Mem. at 1.) Under the PSLRA, a §10(b) claim must be pled with particular "facts giving rise to a strong inference" of scienter. 15 U.S.C. § 78u-4(b)(2). This is a heightened pleading standard, more rigorous than the "facial plausibility" standard of Fed. R. Civ. P. 8 and 12(b)(6). South Cherry St., LLC v. Hennessee Group LLC, 573 F.3d 98, 110-11 (2d Cir. 2009).

In the March 19, 2010 ruling, this Court considered the heightened pleading standard in the PSLRA and determined that Plaintiff had met that standard. As such, this Court denied Defendant's Motion to Dismiss the Amended Complaint.

## Conclusion

Defendant's Motion for Reconsideration (Docket #36) is DENIED.

SO ORDERED:

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         April 27, 2010