UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
                                          :
JAMES J. HAYES, Individually and on       :
Behalf of All Others Similarly            :
Situated,                                 :
                                          :
                    Plaintiffs,           :   08 Civ. 3653(BSJ)(MHD)
                                          :
            v.                            :
                                          :       **Order**
HARMONY GOLD MINING COMPANY LIMITED,      :
                                          :
                    Defendant.            :
                                          :
------------------------------------------x



**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

   On August 2, 2011, the Court signed an Order preliminarily approving the settlement of this action and providing for notice of the settlement. (Dkt. 74.) Two days later, on August 4, 2011, the class representative, James J. Hayes, filed an opposition to the preliminary approval of the settlement. Although the Court declines to reconsider its August 2 Order, the Court directed Docket Services to accept Mr. Hayes' opposition for filing. The Court will consider Mr. Hayes' opposition at the fairness hearing (scheduled for November 10, 2011 at 2:00 p.m.), prior to final approval of the settlement.

SO ORDERED:

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         August 9, 2011