**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JAMES J. HAYES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HARMONY GOLD MINING COMPANY LIMITED,<br><br>Defendant. | Case No. 1:08 Civ. 3653-LAP-MHD |

**NOTICE OF UNOPPOSED MOTION**
**FOR FINAL DISTRIBUTION OF NET SETTLEMENT FUND**

PLEASE TAKE NOTICE that Counsel for the Certified Class hereby moves this Court for an Order, pursuant to Rule 23 of the Federal Rules of Civil Procedure, approving the final distribution of the Net Settlement Fund. This motion is based upon the accompanying memorandum in support of motion, the Affidavit of Stephen J. Cirami, of GCG, and upon all other pleadings and matters filed herein.

Dated: December 2, 2015

Respectfully submitted,

**LAW OFFICES OF CURTIS V. TRINKO, LLP**

*/s/ Curtis V. Trinko*
Curtis V. Trinko (CT-1838)
Jennifer Traystman (JT-7583)
16 West 46th Street, 7th Floor
New York, NY 10036
T: (212) 490-9550
F: (212) 986-0158

*Liaison Counsel*

**SAXENA WHITE P.A.**
Joseph E. White, III
Brandon T. Grzandziel
5200 Town Center Circle, Suite 601
Boca Raton, FL 33467
Tel: (561) 394-3399
Fax: (561) 394-3082

*Class Counsel*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 2, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users.

*/s/ Curtis V. Trinko*
Curtis V. Trinko